# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 02-173-11 |
| SALVADOR ZAVALA | : | |
| | : | |

## ORDER

**AND NOW**, this 30th day of July, 2024, upon consideration of Defendant Salvador Zavala's *pro se* Motion for Reduction in Sentence Pursuant to 18 U.S.C. § 3582(c)(2) (ECF No. 363), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**